# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

RENITA DARLING,                    CASE #: 2:05-00017

VS.                                DATE: September 29, 2006

J.B. HUNT EXPEDITED, et al.

NATURE OF PROCEEDING: Final pretrial conference

PRESIDING JUDGE: William J. Haynes, Jr.

PLAINTIFF'S ATTORNEY(S):

DEFENDANT'S ATTORNEY(S):

COURT REPORTER: Peggy Turner

DIVISION TRIAL TO BE HELD:

NUMBER OF JURORS NEEDED: ___ or ___

ESTIMATED TRIAL TIME:

INSTRUCTIONS AND DECISIONS OF THE COURT: Counsel given instructions regarding pretrial matters. Case is scheduled for trial on Tuesday, October 17, 2006 at 9:00 a.m. in Cookeville, TN.

DEADLINES SET
Discovery:
Disp. Mtn.:
Response:
Reply:
Expert Discl.
    Plaintiff:
    Defendant:
FPTC:
Trial: 10/17/06 @ 9:00 a.m.
Other: _____

Time Utilized: Twenty (20) minutes

Courtroom Deputy _____