IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| RENITA DARLING, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 2:05-0017 |
| | ) | JUDGE HAYNES |
| J.B. HUNT EXPEDITED SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 5th day of October, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge